

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Richard Charles Wlodarczyk, III   Debtor<br><br>Stephen Cheikes; The Storytellers Group, Co.<br><br>　　　　　　　　Appellants<br>　　　v.<br><br>Richard Wlodarczyk<br>　　　　　　　　Appellee | Civil Action No.   19cv0062-H-MDD<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court affirms the Bankruptcy Court's judgment in favor of Appellee/Debtor Richard Wlodarczyk. This case is closed.

**Date:**   7/15/19

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/   J. Haslam

J. Haslam, Deputy